## UNCLAIMED FUNDS

APRIL 15, 2011

FILED
2011 APR 18 PM 1:58
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

| | | |
|---|---|---|
| 07-62788 | DEBRA BOUDLER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #491655 FOR $2.75<br>TIM BOUDLER<br>743 IKE ST<br>MINERVA, OH  44657 | |
| 07-62788 | DEBRA BOUDLER<br>DEBTOR DID NOT CASH CHECK<br>CHECK #491656 FOR $4.92<br>DEBRA BOUDLER<br>5005 CALIFORNIA AVE<br>LOUISVILLE, OH  44641 | |
| 09-63091 | THERESA TONKIN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #491657 FOR $380.81<br>FIRST MERIT BANK, NA<br>111 CASCADE PLAZA<br>CAS 36<br>AKRON, OH  44308 | |
| 09-64783 | GREG SPENCE<br>HOLLIE SPENCE<br>DEBTORS DID NOT CASH CHECK<br>CHECK #491658 FOR $648.00<br>GREG SPENCE<br>HOLLIE SPENCE<br>792 GRANT STREET<br>WOOSTER, OH  44691 | 0 · *<br>2 · 75 +<br>4 · 92 +<br>380 · 81 +<br>648 · 00 +<br>12 · 64 + |
| 05-67323 | CHARLES MASSEY, JR<br>DONNA MASSEY<br>DEBTORS DID NOT CASH CHECK<br>CHECK #491659 FOR $12.64<br>CHARLES MASSEY, JR<br>DONNA MASSEY<br>5187 LINCOLN HWY<br>BUCYRUS, OH  44820 | 279 · 23 +<br>67 · 03 +<br>15 · 25 +<br>1,410 · 63 * |